proceed in forma pauperis denied. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-8972. Velda Moore Sue Cherry, Petitioner v. James Allen Cherry.**

563 U.S. 934, 131 S. Ct. 2142, 179 L. Ed. 2d 889, 2011 U.S. LEXIS 3135.

April 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 9, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-9436. John Worman, Petitioner v. United States.**

563 U.S. 934, 131 S. Ct. 2142, 179 L. Ed. 2d 889, 2011 U.S. LEXIS 2998.

April 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 9, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-9539. Lonnie Pritchard, Petitioner v. Pat Hayden.**

563 U.S. 934, 131 S. Ct. 2142, 179 L. Ed. 2d 889, 2011 U.S. LEXIS 3096.

April 18, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until May 9, 2011,

within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-694. Joel Judulang, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 935, 131 S. Ct. 2093, 179 L. Ed. 2d 889, 2011 U.S. LEXIS 3099.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 249 Fed. Appx. 499.

**No. 09-1121. Kentucky Baptist Homes for Children, Inc., et al., Petitioners v. Alicia Pedreira, et al.**

**No. 09-1295. Alicia Pedreira, et al., Petitioners v. Kentucky Baptist Homes for Children, Inc., et al.**

563 U.S. 935, 131 S. Ct. 2091, 179 L. Ed. 2d 889, 2011 U.S. LEXIS 3088.

April 18, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same cases below, 579 F.3d 722.

**No. 10-384. Sholam Weiss, Petitioner v. Stan Yates, Warden.**

563 U.S. 935, 131 S. Ct. 2092, 179 L. Ed. 2d 889, 2011 U.S. LEXIS 3062.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.